AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____           _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

*Full Caption*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**         Case No. 19-cv-03545
-----------------------------------------------------------X
NYOK MOY LEONG,
*on her own behalf and on behalf of others similarly situated*                              Plaintiff,
                              v.
LAUNDRY DEPOT, LLC
      d/b/a Laundry Depot Four;
LAUNDRY DEPOT #IV, LLC
      d/b/a Laundry Depot;
LAUNDRY DEPOT #V, LLC
      d/b/a Laundry Depot;
FA SUPER LAUNDROMAT CORP.
      d/b/a Laundry Depot Fifth Avenue;
LAUNDRY DEPOT II LLC
      d/b/a Laundry Depot Fifth Avenue and
      d/b/a Laundry Depot;
EAST ISLIP SUPER LAUNDROMAT CORP.
      d/b/a Laundry Depot;
ITP LAUNDROMAT CORP
      d/b/a I.T.P Laundromat;
LAUNDRY DEPOT, III LLC
      d/b/a Laundry Depot; and
BAYSHORE LAUNDRY, LLC.
      d/b/a  Laundry Depot and
      d/b/a South Shore Laundromat;
TOMMY NGAI LAU
      a/k/a Tommy Lau
      a/k/a Ngai Lau,
JENNY QIANJUN LAU
      a/k/a Jenny Lau
      a/k/a Qianjun Lau,
EILEEN ZHANG, and
SING OI LAU
      a/k/a Oi Sing Lau

                              Defendants.
-----------------------------------------------------------X

**Summons Rider**

*Defendants' Name with Address*

**LAUNDRY DEPOT, LLC**
    **d/b/a Laundry Depot Four**
103-7 Carleton Ave, Islip Terrace, NY 11752

**LAUNDRY DEPOT #IV, LLC**
    **d/b/a Laundry Depot**
1549-65 Brentwood Rd., Bayshore, NY 11706

**LAUNDRY DEPOT #V, LLC**
    **d/b/a Laundry Depot**
1549-65 Brentwood Rd., Bayshore, NY 11706

**FA SUPER LAUNDROMAT CORP.**
    **d/b/a Laundry Depot Fifth Avenue**
1639 5th Avenue, Bay Shore, NY, 11706

**LAUNDRY DEPOT II LLC**
    **d/b/a Laundry Depot Fifth Avenue and**
    **d/b/a Laundry Depot;**
1639 5th Avenue, Bay Shore, NY, 11706

**EAST ISLIP SUPER LAUNDROMAT CORP.**
    **d/b/a Laundry Depot**
24 W Main St, East Islip, NY, 11730

**ITP LAUNDROMAT CORP**
    **d/b/a I.T.P Laundromat**
500 Islip Avenue, Islip, NY, 11751

**LAUNDRY DEPOT, III LLC**
    **d/b/a Laundry Depot**
1735 Union Boulevard, Bay Shore, NY, 11706

**BAYSHORE LAUNDRY, LLC.**
    **d/b/a  Laundry Depot and**

    **d/b/a South Shore Laundromat**

1209 Sunrise Highway, Bay Shore, NY, 11706

**Summons Rider**

**TOMMY NGAI LAU**
    a/k/a Tommy Lau
    a/k/a Ngai Lau
103-7 Carleton Ave, Islip Terrace, NY 11752
1549-65 Brentwood Rd., Bayshore, NY 11706
1639 5th Avenue, Bay Shore, NY, 11706
24 W Main St, East Islip, NY, 11730
500 Islip Avenue, Islip, NY, 11751
1735 Union Boulevard, Bay Shore, NY, 11706
1209 Sunrise Highway, Bay Shore, NY, 11706

**JENNY QIANJUN LAU**
    a/k/a Jenny Lau
    a/k/a Qianjun Lau,
103-7 Carleton Ave, Islip Terrace, NY 11752
1549-65 Brentwood Rd., Bayshore, NY 11706
1639 5th Avenue, Bay Shore, NY, 11706
24 W Main St, East Islip, NY, 11730
500 Islip Avenue, Islip, NY, 11751
1735 Union Boulevard, Bay Shore, NY, 11706
1209 Sunrise Highway, Bay Shore, NY, 11706

**EILEEN ZHANG**
103-7 Carleton Ave, Islip Terrace, NY 11752
1549-65 Brentwood Rd., Bayshore, NY 11706
1639 5th Avenue, Bay Shore, NY, 11706
24 W Main St, East Islip, NY, 11730
500 Islip Avenue, Islip, NY, 11751
1735 Union Boulevard, Bay Shore, NY, 11706
1209 Sunrise Highway, Bay Shore, NY, 11706

**SING OI LAU**
    a/k/a Oi Sing Lau
103-7 Carleton Ave, Islip Terrace, NY 11752
1549-65 Brentwood Rd., Bayshore, NY 11706
1639 5th Avenue, Bay Shore, NY, 11706
24 W Main St, East Islip, NY, 11730
500 Islip Avenue, Islip, NY, 11751
1735 Union Boulevard, Bay Shore, NY, 11706
1209 Sunrise Highway, Bay Shore, NY, 11706

**Summons Rider**